IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McCullough, Danna | Case Number: 05 B 29896 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 7/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 24, 2008
Confirmed: October 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,332.00 | |
| Secured: | | 6,197.15 |
| Unsecured: | | 1,599.87 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 599.94 |
| Other Funds: | | 41.04 |
| Totals: | 11,332.00 | 11,332.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 3,994.42 | 3,994.42 |
| 5. | Beneficial | Secured | 52.00 | 52.00 |
| 6. | Harris Bank | Secured | 2,150.73 | 2,150.73 |
| 7. | RoundUp Funding LLC | Unsecured | 271.52 | 53.85 |
| 8. | Capital One | Unsecured | 157.79 | 38.29 |
| 9. | ECast Settlement Corp | Unsecured | 406.41 | 98.59 |
| 10. | Sir Finance Corporation | Unsecured | 203.50 | 40.36 |
| 11. | Harris Bank | Unsecured | 489.94 | 118.84 |
| 12. | Specialized Management Consultants | Unsecured | 94.55 | 18.76 |
| 13. | ECast Settlement Corp | Unsecured | 62.01 | 15.04 |
| 14. | Resurgent Capital Services | Unsecured | 1,063.41 | 257.94 |
| 15. | Portfolio Recovery Associates | Unsecured | 849.07 | 205.96 |
| 16. | Resurgent Capital Services | Unsecured | 3,101.17 | 752.24 |
| 17. | ECast Settlement Corp | Unsecured | 54.36 | 0.00 |
| 18. | Ashley Stewart | Unsecured | | No Claim Filed |
| 19. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 20. | Target National Bank | Unsecured | | No Claim Filed |
| 21. | First USA | Unsecured | | No Claim Filed |
| | | | $ 15,844.88 | $ 10,691.02 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McCullough, Danna

Printed: 12/02/08

Case Number:  05 B 29896
Judge:  Goldgar, A. Benjamin
Filed:  7/29/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 200.13 |
| 5% | 56.62 |
| 4.8% | 99.16 |
| 5.4% | 223.33 |
| 6.5% | 20.70 |
|  | $ 599.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

